Donnell D. COX, Sr.; Mercedes T. Cox, on behalf of themselves and seven of their minor children: S.C., D.C., R.C., V.C., M.C., D.C. and D.C., Plaintiffs—Appellants,

v.

PRINCE GEORGE'S COUNTY, MARYLAND; John S. Farrell; Richard E. Whitaker, Detective, Prince George's County Police; Other Unknown Police Officers; B.E. Turner, Prince George's County Police, Defendants—Appellees,

David Morris, Captain; John Finnerin, Movant.

No. 04–2206.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2005.

Decided July 28, 2005.

Donnell D. Cox, Sr., Mercedes T. Cox, Appellants Pro Se. William Antoine Snoddy, Associate County Attorney, Leonard L. Lucchi, County Attorney's Office, Upper Marlboro, Maryland; John Anthony Bielee, United States General Accounting Office, Washington, D.C., for Appellees.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donnell Cox, Sr. and Mercedes Cox appeal the district court's order entering judgment after a jury returned a verdict for defendants on the Coxes' civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See Cox v. Prince George's County,* No. CA–02–1492–DKC (D.Md. Aug. 19, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*